UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 11-CR-30108-DRH |
| | ) |
| RICHARD J. KLEMIS | ) |
| | ) |
| Defendant | ) |

## ENTRY OF APPEARANCE

COMES NOW the lawfirm, Donovan Rose Nester, P.C., and hereby enters its appearance in behalf of Protestant Memorial Medical Center, Inc., d/b/a Memorial Hospital.

BY  /s/ Kristine M. Mack
Kristine M. Mack, #06207261
Jason M. Gourley, #6299897
Donovan Rose Nester, P.C.
201 South Illinois Street
Belleville, IL 62220
(618)212-6500
Fax: (618)212-6501