Richard Klemis
Marion County Jail
Salem
Illinois
62881

In the United States District Court
for the Southern District of Illinois

U.S.A.
vs                                  Case No. 11-CR-30108-DRH
Richard J. Klemis                   Form 90

Motion to dismiss Legal councel William D Stiehl Jr
for inefective counsel.

Comes now the defendant Richard J Klemis prose and hereby gives notice of inafective counsel on 20th oct 2014

Respectfully submitted this day of Mon oct 20th 2014.

R. J Klemis

Please give copys
to each of the following: William D stiel. Jr.
Chief Clerk for the district of southern Illinois

Signed before me this 21st day of October 2014

Carrie Smith

OFFICIAL SEAL
CARRIE SMITH
Notary Public, State of Illinois
My Commission Expires 08-26-2017

Reasons for dismissal are as follows.

A. I have only seen him once in the 10 months he has been my Legal counsel and that was for a 15 minute duration in which he never had any paper work with him about my case.

b. He has had my disclosure since January 8th 2014 but has not forwarded a copy to me. As of this date I still dont know the evidence against me or the allegations.

c. He has said he is coming to see me on numarouse ocassions but has failed to come

d. He is violating my right to a speedy trial & my right to due process

e. He has only ever sent me one letter telling me about the continuence he got for January 26th 2015. If it wasn't for my mother I wouldn't have known what was going on with my case since my arraignment.

    I trust that the court will now take this matter seriously

    yours faithfully Richard J Klemis pro se

Signed before me this 21st day of October, 2014.

OFFICIAL SEAL
CARRIE SMITH
Notary Public, State of Illinois
My Commission Expires 08-26-2017

*Carrie Smith*