IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 11-CR-30108-DRH |
| | ) |
| RICHARD J. KLEMIS, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF EXPERT WITNESSES

The United States of America, by and through Stephen R. Wigginton, United States Attorney for the Southern District of Illinois, Robert L. Garrison, Assistant United States Attorney, and Jonathan Drucker, Special Assistant United States Attorney, hereby gives notice to the defense of its intent to call an expert witness in its case-in-chief at trial. The witness name, opinion, the basis and the reasons therefor, and the witness' qualifications are set forth as follows:

1. Brian Stevenson

Brian A. Stevenson is expected to testify to the composition of the controlled substances in exhibits that were seized during the course of the Klemis investigation. Police reports concerning the seizure of each of these exhibits have previously been provided to defense counsel as part of discovery. Brian A. Stevenson's years of experience and training as a chemist serve as the basis for his opinion. Mr. Stevenson's qualifications are set forth in Exhibit 1 attached hereto and incorporated by reference.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney

*s/ Robert L. Garrison*
ROBERT L. GARRISON
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
Phone:  618-628-3700
E-Mail: Robert.L.Garrison@usdoj.gov

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 11-CR-30108-DRH |
| | ) |
| RICHARD J. KLEMIS, | ) |
| | ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2014, I caused to be electronically filed NOTICE OF EXPERT WITNESS with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

William D. Stiehl, Jr.

Respectfully submitted,

STEPHEN R. WIGGINTON
United States Attorney


*s/ Robert L. Garrison*
ROBERT L. GARRISON
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax:  (618) 628-3720
E-mail: Robert.L.Garrison@usdoj.gov

3