IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

**-v-**

**RICHARD J. KLEMIS,**

       **Defendant.**              **Case No.**   **11-cr-30108-DRH**

### MINUTES OF FINAL PRETRIAL CONFERENCE

**PRESIDING:** Hon. David R. Herndon, U.S. District Judge

**DATE:**  January 13, 2015        **PLACE:**  East St. Louis, Illinois

**COURT REPORTER:** Laura Esposito   **COURTROOM DEPUTY:** Cheryl Ritter

**COUNSEL FOR GOVERNMENT:**  Bob Garrison & Jonathan Drucker

**COUNSEL FOR DEFENDANT:**  William Stiehl

                                                  **TIME:** 10:00 AM – 10:30 AM

---

      Defendant and counsel appear in open court.   Parties estimate the trial will span 2 weeks.  The defendant stipulates to the chain of custody without witness testimony on that matter.  He further stipulates that photographs of the physical exhibits may be introduced rather than the actual exhibits.

      Trial is set to begin on Monday, January 26, 2015, at 9:00 AM before Judge David R. Herndon in East St. Louis, Illinois.  Defendant is remanded to the custody of the USMS.